**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | |
|---|---|
| United States of America, )<br>)<br>     Plaintiff, )<br>)   Criminal No.: 4:00-419-4<br>   vs. )<br>)<br>Rochelle McBride, )   **ORDER**<br>)<br>     Defendant. )<br>_____ ) | |

  On November 17, 2004, the defendant filed a motion pursuant to 18 U.S.C. § 3582(c)(2) seeking a reduction of sentence. Specifically, the defendant requests the Court to modify her sentence based on Amendment 668 to the United States Sentencing Guidelines. On June 29, 2005, the government opposed the motion. This matter is now before the Court for disposition.

  Under 18 U.S.C. § 3582(c)(2), a defendant may file a motion requesting the Court to modify her term of imprisonment. After considering the factors set forth in 18 U.S.C. § 3553(a), the Court may reduce the sentence if such reduction is consistent with applicable policy statements issued by the Sentencing Commission. 18 U.S.C. § 3582(c)(2).

  On November 1, 2004, Amendment 668 to the United States Sentencing Guidelines became effective. This amendment deals with calculating the offense level in drug cases in which the defendant receives an adjustment for a mitigating role.

  The defendant, however, may not benefit under Amendment 668 because she did not receive a mitigating role adjustment at sentencing. Accordingly, this amendment does not apply to this case.

  The Court therefore denies the defendant's motion for a sentence reduction.

**AND IT IS SO ORDERED**.

*[Signature: C. Weston Houck]*

_____
**C. WESTON HOUCK**
**UNITED STATES DISTRICT JUDGE**

July 6, 2005
Charleston, South Carolina

2